NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SANDRA K. EDWARDS,                    )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D18-4014
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____  )

Opinion filed August 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Wayne M. Durden, Judge.

Sandra K. Edwards, pro se.


PER CURIAM.


          Affirmed.


MORRIS, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.